August ___, 2017
Judge Rebecca R. Pallmeyer
219 S. Dearborn Ave, Chicago, IL 60604

FILED
AUG 31 2017
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Hi Judge Rebecca Pallmeyer! My name is Mario Hernandez. I am charged in case number 16CR462-4 with a RICO conspiracy in violation of 19 U.S.C. S. 1962(d) and one count of possession of a firearm after having been convicted of a felony in violation of 18 U.S.C. S. 922(g)(1).

The reason I write this letter is because I have been trying to get a hold of my attorney Joshua B. Adams and he has not responded to me or my family. I would like to know if I could take back my plea of guilty. Actually, I want to plead guilty to the overall RICO count but not to the plea declaration. And I do not want to plead guilty to possession of a firearm.

I know Your Honor asked me all those questions before you accepted my plea of guilty, but I am sorry because all this is new to me. I feel I did not have enough time or advice to really go over my plea. The first time I received my plea declaration was in court and my attorney Joshua B. Adams wanted me to sign it that same day. I told him I needed time to go over the plea so he asked me if I needed a couple hours to go over it. I said no - I needed more time, and then he asked me if I wanted a week and I said at least a week. So I brought the plea back to the Kankakee Jail. When I read it, I knew much of it was bogus. Why? Because in the plea declaration, it states Count One that I knew and agreed that Latin King Members did murder or attempt to murder others, intimidated with assaults, dangerous weapons against others and acts of violence for members who committed violations. But I want you to know that I never knew or agreed to

Judge Rebecca Pallmeyer
P. 2

acts of murder and attempted murder and such violence. I am not proud of the things the gang did or that I was a member, but I cannot plead guilty to acts I did not know about or agree to. Your Honor, the extortion is also not the truth. I had no knowledge of extortion taking place at all. There are a lot of things I had no knowledge my so-called friends were doing. It doesn't work like that, and everyone in the gang does not know about these things. No, you either choose to do it of your own will or are assigned or given an order by your ranking officer. I know it sounds real stupid but it's the truth.

Now, on Count Fifteen, it states that I did knowingly possess and affecting interstate commerce a firearm, namely a Smith and Wesson Model M&P15 .556 caliber rifle bearing serial numbers SU11350. The rifle (firearm) had traveled in interstate commerce prior to me (Mario Hernandez) knowing about the firearm and it states that I knowingly possessed the firearm listed above and caused it to be sold to a member of the Latin Kings. And it also states I had knowledge that the firearm traveled in interstate. Your Honor, please excuse my language, but it is literally "B.S." I am being charged with possession of a firearm as a felon because one of the Latin Kings told me (Mario Hernandez) that he had a gun and was trying to sell it for $800 and if I sold it for $1,000 I could keep the $200 profit for myself. I said ok I'll ask around. So I asked everyone I saw if they wanted to buy a gun and I really wanted to sell the gun so I could make the $200 profit because that was half of what I made in a week in my paycheck. So, your Honor, what I am

saying is that I never even saw the gun until the day in court when the prosecutor showed you the picture of the gun. That was the first time I saw the gun — and that was a picture of the gun. I never possessed the gun.

When the other Latin King member sold the gun, I had no knowledge he had sold it, nor was I with him when he sold the gun. The recording will prove who sold and who bought the gun.

DID I TRY AND SELL THE GUN? YES.
DID I SELL THE GUN? NO.
DID I KNOW IT TRAVELED IN INTERSTATE COMMERCE? NO.
DID IT TRAVEL INTO MY HANDS? NO.
DID I EVER POSSESS THE GUN? NO.
WERE MY FINGERPRINTS ON THE GUN? NO. ABSOLUTELY NOT.

I did not see the gun until the day I saw a picture of the gun in your courtroom. Your Honor, my point here is that this is something I plead guilty to and what I plead guilty to is not the truth. I just misunderstood this whole Plea Declaration. Joshua B. Adams did come and see me during the week I was looking at my plea declaration, but he did not explain it to me. He did not go over the facts and each count the way I am explaining it to you, Your Honor. If he had, then I never would have signed the Plea Agreement as written. Joshua B. Adams told me I had to sign the Plea Declaration and that all this was part of my RICO and that everyone had to sign this plea in order for me to change my not guilty to

a guilty plea.

    A young lady was standing by me. I believe her name was Ms. Leone and she said she was there to help me. I didn't even know who she was. I saw her for about 3 minutes before court. I don't know if she was a lawyer, a translator, or a member of the court. She just came out of nowhere saying she was there to help me. But help me with what? Just plead guilty to a plea declaration with a lot of B.S. — again please excuse me Your Honor. Please excuse my language but it upsets me when I think about what happened with this plea. I am totally confused.

    I was so confused that when you asked me how many kids I have, I said 3. And actually I have 6 kids. Your Honor, I am sorry and I apologize. But Your Honor, please help me. I am not denying that I was a member of the MAYWOOD LATIN KINGS and I want to plead guilty, but only to what I did and not to things others did and of which I had no knowledge and would not have agreed to. I do not believe I am guilty of those things.

    I listened to a lot of my discovery and am shocked to hear half of the things I heard happened. So, Your Honor, can I please take back or modify my plea. Please have a talk with my attorney Joshua B. Adams and explain what I do now. He doesn't talk to me.

    Just so you know Your Honor, I also wrote my attorney a letter in February telling him I wanted to plead guilty with no deals from the government and only

Judge Rebecca Pallmeyer.
P. 5

plead for what I did and leave it to the mercy of the court.

Your Honor, please, please help me out. And just so you know, I have not yet talked to the PSI people, so I don't know if that will help me take back my plea.

Your Honor, I am sorry for all this misunderstanding and trouble I caused. If you can please write back or communicate with my attorney, Joshua B. Adams, it will be very much appreciated. Thank you very much for your time.

My address is: Mario Hernandez # 478605
Jerome Combs Detention Center
MAX D-1
3050 South Justice Way
Kankakee, Illinois 60901

God Bless You
Respectfully,
Mario Hernandez

P.S. Your Honor, I am also sending you a letter soon about me and my family and about how I tried to leave the Latin Kings.

MARIO HERNANDEZ
JEROME COMBS DETENTION CENTER
3050 S. JUSTICE WAY
KANKAKEE, IL 60901



CHAMPAIGN IL 618
29 AUG 2017 PM 4 L
FOREVER USA
Barn Swallow



2017 AUG 31 AM 11:50
CLERK
U.S. DISTRICT COURT

08/31/2017-3

LEGAL MAIL

HON. REBECCA R. PALLMEYER
219 SOUTH DEARBORN ST.
SUITE 2146
Chicago, Illinois 60604

60604-188846